DOCUMENTS UNDER SEAL ☐

DOCUMENT NUMBER:

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy Lerma Garcia | | REPORTER/FTR FTR 7/24/07 11:00:21-11:10:00 |
|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 7/24/07 | NEW CASE ☐ | CASE NUMBER 4-07-70391-WDB |

### APPEARANCES

| DEFENDANT JAY MILLER | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒  RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Stephen Corrigan | INTERPRETER None | | FIN. AFFT SUBMITTED ☐ | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Victoria Gibson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)

| time ☐ INITIAL APPEAR | time ☐ PRELIM HRG | time ☒ MOTION FOR RECON. OF DETEN 5 Mins DENIED | time ☐ JUGM'T & SENTG | time ☒ STATUS 5 Mins HELD |
|---|---|---|---|---|
| time ☐ I.D. COUNSEL | time ☐ ARRAIGNMENT | time ☐ BOND SIGNING | time ☐ IA REV PROB. or S/R | time ☐ BAIL REVIEW |
| time ☐ DETENTION HRG | time ☐ ID/REMOVAL HRG | time ☐ CHANGE PLEA | time ☐ PROB. REVOC. | time ☐ SUP REL HRG |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**FILED**

**JUL 2 4 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH   $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 8/22/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRANSFER RE: RULE 20 |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. JOSEPH C. SPERO | ☐ DETENTION HEARING | ☐ ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT: RE: HIS PRELIM. HRG./ARRAIGN. ON INDICTMENT | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft's atty. spoke with the prosecutor assigned to the deft's case in the Dist. of New Hampshire re: possibility of the Rule 20. The prosecutor said that she wants to talk to the local authorities first to get their approval. The govt's atty. in this district will have no objection to the Rule 20 as long as the deft. & the prosecutor in the Dist. of New Hampshire agrees on the terms of the resolution of this case. The deft's atty. asked the Court for continuance until 8/22/07 to give her the chance to discuss further the Rule 20 with the prosecutor in the Dist. of New Hampshire - request GRANTED. Deft's atty. proffered that the deft's sister has now agreed to post her property as security for the deft's bail. The deft's sister's property has a little bit above $80,000 in equity. The deft. asked the Court to release him to the Halfway House - the govt's atty. said that the prosecutor in the Dist. of New Hampshire cont'd to seek for the detention of the deft. The deft's request to be released to the Halfway House was DENIED. The Court Ordered the deft. detained as a flight risk.

cc: WDB's Stats, Pretrial